## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

JAMELE R. BRUNER,       )
                                  )
      Petitioner,          )
                                  )
v.                            )      Case No. CIV-23-659-SLP
                                  )
THE STATE OF OKLAHOMA,      )
                                  )
      Respondent.       )

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered on August 4, 2023 [Doc. No. 5].   Judge Purcell recommends denial of the Motion for Leave to Proceed *In Forma Pauperis* [Doc. No. 2] and dismissal of this action unless Petitioner pays the $5.00 filing fee.   A review of the Court's docket reveals Petitioner paid the amount of $15.00 on August 25, 2023 [Doc. No. 7].   Therefore, the Court adopts the Report and Recommendation and re-refers the matter to the Magistrate Judge for further proceedings.   Further, the Clerk of the Court is directed to refund Petitioner the amount of $10.00 to reflect the over-payment of the filing fee.

IT IS SO ORDERED this 12th day of September, 2023.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE

1

\#